UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVANGELINA ZAYAS COLON, et al.
    Plaintiffs
        v.                 Civil No. 97-1767(SEC)
DOUBLE DIAMOND PROPERTIES, et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #37**<br>**Motion for Imposition of Lawyers' Fees** | **Denied.** Defendants have failed to comply with the provisions of Fed.R.Civ.P. 54(d), which states that a motion for attorneys' fees "must be filed and served no later than 14 days after entry of judgment." The judgment in this case was entered on August 5, 1999 **(Docket #36)**; defendants' motion for attorneys' fees was not filed until September 8, 1999, well beyond the 14 days prescribed by the rule and it must therefore be **DENIED**. |

DATE: October 1st, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:         EOD:

By:         #38

s/c: Cardona Lopez 10/4/99