## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EVANGELINA ZAYAS-COLON, et. al.
    Plaintiffs

        v.                     Civil No. 97-1767(SEC)

DOUBLE DIAMOND PROPERTIES, et. al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #39**<br>**Motion to Set Aside or Alter** | Granted. The Court has reconsidered its order of October 1st, 1999 (Docket #38) and **VACATES** the same. The motion for attorney's fees (Docket #37) is hereby **GRANTED**. |

DATE: January 28, 2000

SALVADOR E. CASELLAS
United States District Judge

(2)

